UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:11-CR-1 (MTT) |
| v. | SECOND SUPERSEDING INDICTMENT |
| NORMAN CLINTON HALE | VIOLATIONS:<br>18 U.S.C. § 1114<br>18 U.S.C. § 1112(a) & (b)<br>18 U.S.C. § 924(c)(1)(A)(iii)<br>18 U.S.C. § 1512(b)(3)<br>18 U.S.C. § 1001<br>18 U.S.C. § 2<br>36 C.F.R. § 261.10(d)(1)<br>36 C.F.R. § 261.10(d)(2)<br>36 C.F.R. § 261.1b |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Killing of a Federal Officer)

That on or about March 5, 2010, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**NORMAN CLINTON HALE,**

defendant herein, aided and abetted by other persons, both known and unknown to the Grand Jury, did kill Christopher Arby Upton, a United States Forest Service Law Enforcement Officer with a Remington 700 .223 caliber bolt action rifle, serial number G6862669, in the commission of an unlawful act not a felony, to-wit: Discharging a Firearm in a Developed Recreation Area (36 C.F.R. 261.10(d)(1)) and Discharging a Firearm On and Across a National Forest System Road (36 C.F.R. 261.10(d)(2)), and in an unlawful manner and without due caution and circumspection of a lawful act which

might produce death, while Christopher Arby Upton was engaged in the performance of his official duties as a United States Forest Service Law Enforcement Officer; all in violation of Title 18, United States Code, Sections 1114 in connection with Title 18, United States Code, Section 1112(a) and (b) and Title 18, United States Code, Section 2.

## COUNT TWO
### (Discharging a Firearm During a Crime of Violence)

That on or about March 5, 2010, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**NORMAN CLINTON HALE,**

defendant herein, aided and abetted by other persons, both known and unknown to the Grand Jury, did carry, use and discharge a firearm during and in relation to, and did possess a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, to-wit:  the offense set forth in Counts One and Two of this Indictment, to-wit: one  Remington 700 .223 caliber bolt action rifle, serial number G6862669; all in violation of Title 18, United States Code, Section 924(c)(1), and Title 18, United States Code, Section 2.

## COUNT THREE
### (Discharging a Firearm In a Developed Recreation Site)

That on or about March 5, 2010, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**NORMAN CLINTON HALE,**

defendant herein, aided and abetted by other persons, both known and unknown to the Grand Jury, did discharge a firearm, to-wit: one  Remington 700 .223 caliber bolt action

rifle, serial number G6862669, in and within 150 yards of a developed recreation site, to-wit: the Ocmulgee Bluff Equestrian Trail Head Recreation Area, Oconee National Forest, Jasper County, Georgia; all in violation of 36 Code of Federal Regulations, Section 261.10(d)(1), Section 261.2 and Section 261.1b.

## COUNT FOUR
### (Discharging a Firearm On a National Forest System Road)

That on or about March 5, 2010, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**NORMAN CLINTON HALE,**

defendant herein, aided and abetted by other persons, both known and unknown to the Grand Jury, did discharge a firearm, to-wit: one Remington 700 .223 caliber bolt action rifle, serial number G6862669, on and across a National Forest System Road located in the Ocmulgee Bluff Equestrian Trail Head Recreation Area, Oconee National Forest, Jasper County, Georgia; all in violation of 36 Code of Federal Regulations, Section 261.10(d)(2), Section 261.2 and Section 261.1b.

## COUNT FIVE
### (TAMPERING WITH A WITNESS BY MISLEADING CONDUCT)

That on or about March 6, 2010, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**NORMAN CLINTON HALE,**

defendant herein, aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly engage in misleading conduct to United States Forest Service Special Agent Kevin Woodall and Georgia Department of Natural Resources

(DNR) Ranger Wil Smith to hinder, delay and prevent the communication to United States Forest Service Special Agent Kevin Woodall and Georgia Department of Natural Resources (DNR) Ranger Wil Smith, law enforcement officers of information relating to the commission of a Federal offense, to-wit: the Killing of a Federal Officer as alleged in Count One of the Indictment, by failing to advise Agent Woodall and Ranger Smith of the existence of at least one additional witness to the aforementioned Federal Offense who had information which incriminated Defendant Hale; all in violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT SIX
## (FALSE STATEMENTS)

That on or about March 6, 2010, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**NORMAN CLINTON HALE,**

did willfully and knowingly make and cause to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States by providing a false statement to United States Forest Service Special Agent Kevin Woodall at the Jasper County Georgia Sheriff's Office by stating that only he and C. M. were witnesses to the killing of Forest Service Law Enforcement Officer Christopher Upton knowing that the statement was false because as

**NORMAN CLINTON HALE,**

then and there knew that T. G. and R. F. were present when he, **NORMAN CLINTON HALE**, killed Officer Upton, and T. G. and R. F. were witnesses to this event; all in violation of Title 18, United States Code, Section 1001.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY
GEORGIA BAR NO. 666480

**Filed in open court this** ___10th___ **day of**
___Nov___ **A.D. 20** _11_
_____
                              **Deputy Clerk**